■ HECTOR RIVERA, Respondent, v ST. NICHOLAS 184 HOLDING, LLC, et al. Appellants. [22 NYS3d 832]—

Order, Supreme Court, New York County (Ellen M. Coin, J.), entered March 24, 2014, which denied defendants' motion for summary judgment dismissing the complaint, unanimously reversed, on the law, without costs, and the motion granted. The Clerk is directed to enter judgment dismissing the complaint.

Plaintiff alleges that he was injured when, while attempting to repair a clothesline, he fell out the window, which was not equipped with window stops. Plaintiff testified that he fell when he deliberately stood on a garbage can and leaned out of the open window, placing his entire torso through it. Thus, plaintiff's testimony establishes that his own voluntary conduct was the proximate cause of his accident.

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Friedman, Gische and Kapnick, JJ.